# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

RUEBEN S.,

_____
*Plaintiff*

v.

ANDREW M. SAUL,
the Commissioner of Social Security

_____
*Defendant*

)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# Mar 11, 2020

SEAN F. McAVOY, CLERK

Civil Action No.   4:19-CV-5125-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Plaintiff's Motion for Summary Judgment, ECF No. 13, is GRANTED. The Commissioner's Motion for Summary
Judgment, ECF No. 14, is DENIED. JUDGMENT in favor of Plaintiff REVERSING and REMANDING the matter to
the Commissioner of Social Security for further proceedings consistent with this recommendation pursuant to sentence
four of 42 U.S.C. § 405(g).


This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge _____ Edward F. Shea _____ on a Cross Summary-Judgment Motions.



Date:  __March 11, 2020__

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Courtney Piazza
_____
*(By) Deputy Clerk*

Courtney Piazza
_____